UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

UNITED STATES OF AMERICA           *      CRIM. NO.  11CR0005-01,02

VERSUS                          *      JUDGE DOHERTY

JONATHON JAMES OLD, JR. (01)
ANA ALISHA FONTENOT (02)      *      MAGISTRATE JUDGE HILL

**MEMORANDUM RULING UNDER THE SPEEDY TRIAL ACT AND ORDER
SETTING TRIAL DATE**

The undersigned conducted a scheduling conference with counsel for all parties,

by telephone, on March 9, 2011.  Trial was to be set on April 11, 2011. Counsel for the

government, Mr.  Grayson, and counsel for the defendants, Messers McCann and Block

had conflicts on all available dates until July 11, 2011.  Trial will thus be set on the first

available date.

Because both counsel for the government and the defendants, had trial conflicts on

all available trial dates, the court finds that the ends of justice served by the granting of a

continuance outweighs the best interest of the public and the defendant in a speedy trial

because the failure to grant a continuance would unreasonably deny the government and

the defendant their right to continuity of counsel.  18 U.S.C. 3161(h)(7)(A) and (B)(iv).

Accordingly;

**IT IS ORDERED** that trial is hereby set before the undersigned for July 11, 2011

at 9:30 a.m.;

**IT IS FURTHER ORDERED** that the pretrial conference is hereby set for June

23, 2011 at 9:30 a.m.

The Clerk is directed to enter the scheduling Order.

March 9, 2011, Lafayette, Louisiana. .

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE